IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MONROE GUARANTY INSURANCE COMPANY *et al.*, | § § § | |
| *Plaintiffs & Counter-Defendants*, | § § § | |
| v. | § § | CIVIL ACTION NO. 6:23-CV-204 |
| TEXAS SIGMA PARTNERS, LLC *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants & Counter-Plaintiffs*, | § § | |
| SIGMA AGRISCIENCE, LLC, | § § | |
| *Counter-Plaintiff*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

TO THE HONORABLE JUDGE OF SAID COURT

Plaintiffs and Counter-Defendants Monroe Guaranty Insurance Company *et al.*, Defendants and Counter-Plaintiffs Texas Sigma Partners, LLC *et al.*, and Sigma Agriscience, LLC (collectively, "the Parties") file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a), and in support thereof would respectfully show the Court as follows:

**I.**

The Parties have reached an agreement on Plaintiff's and Counter-Plaintiff's claims in this case and now agree to dismiss with prejudice all pending causes of action with each party bearing their own costs.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that all pending causes of action be dismissed with prejudice.

Respectfully submitted,

 /s/ Conor Harvey (with permission)
Conor Harvey
State Bar No. 24120883
charvey@mbssmartlaw.com
Dane Ball
State Bar No. 24051642
dball@mbssmartlaw.com
MURPHY BALL STRATTON LLP
1001 Fannin Street, Suite 720
Houston, Texas 77002
Telephone: 832-659-3790

**COUNSEL FOR TEXAS SIGMA
PARTNERS, LLC AND AMERICAN
TERMINAL & EXPORT COMPANY,
INC.**

 /s/ James Rodgers (with permission)
James Rodgers
State Bar No. 17136300
THE MOORE LAW FIRM, LLP
100 North Main Street
Paris, Texas 75460
Telephone: 903-669-1427
jrodgers@moorefirm.com

**COUNSEL FOR DEFENDANTS
STEVEN RYAN HAWKINS AND
HAWK LITTER SERVICES, LLC**

 /s/ Mary-Ellen King
Mary-Ellen King
State Bar No. 24067219
meking@lucbro.com
Samantha McCoy
State Bar No. 24120154
smccoy@lucbro.com
LUCOSKY BROOKMAN, LLP
1250 S Capital of Texas Hwy
Bldg 3, Suite 400
Austin, Texas 78746
Telephone: 512-298-1182
Facsimile: 732-395-4401

**COUNSEL FOR MONROE GUARANTY
INSURANCE COMPANY AND FCCI
INSURANCE COMPANY**

 /s/ Irby Ray Kerlick (with permission)
Irby Ray Kerlick
State Bar No. 00791017
WADLER, PERCHES, HUNDL &
KERLICK, PLLC
29818 FM 1093
Suite 206
Fulshear, Texas 77441
Telephone: 281-391-4332
rkerlick@wphk-law.com

**COUNSEL FOR COUNTER-PLAINTIFF
SIGMA AGRISCIENCE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing pursuant to the Federal Rules of Civil Procedure on this the 20th day of March 2025.

**Conor Harvey**
MURPHY BALL STRATTON LLP
1001 Fannin St., Ste 720
Houston, TX 77002
Telephone: (832) 659-3790
charvey@mbssmartlaw.com
**Yevgeniy Zilberman**
**David Keith Isaak**
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2315
ezilberman@steptoe.com
disaak@steptoe.com
*Counsel for Defendants Texas Sigma Partners, LLC and American Terminal Export Co., Inc.*

**Irby Ray Kerlick, Jr**
WADLER, PERCHES, HUNDL & KERLICK
29818 FM 1093
Suite 206
Fulshear, Texas 77441
Telephone: (281) 391-4332
Fax: (979) 532-3508
rkerlick@wphk-law.com
*Counsel for Sigma Agriscience, LLC*

**James Ray Rodgers**
THE MOORE LAW FIRM - PARIS
100 N Main St
Paris, TX 75460
Telephone: (903) 784-4393
Fax: (903) 785-0312
jrodgers@moorefirm.com
*Counsel for Defendants Hawk Litter Services, LLC and Steven Ryan Hawkins*

/s/ Mary-Ellen King
Mary-Ellen King